**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ATHENS DIVISION**

KENDRA DENISE WARD,

Plaintiff,

v.

HARBOR FREIGHT TOOLS USA, INC.,

Defendant.

Case No. 3:25-cv-00159-TES

# ORDER

The Court has before it for consideration the Parties' Joint Motion for Referral to Magistrate Judge for Mediation. Therein, the Parties request that the Court refer this matter to mediation. For good cause shown, the Court **GRANTS** the Motion. This case is **REFERRED** to United States Magistrate Judge Charles H. Weigle for the purposes of conducting a mediation. The Parties are **DIRECTED** to complete mediation as soon as Judge Weigle is available or, at the latest, within forty-five (45) days of this Order. The Court further **ORDERS** the Parties to notify the Court within fourteen (14) days of the conclusion of the mediation whether the mediation was successful.

SO ORDERED this __12th______ day of __November_____________, 2026.

By: s/ Tilman E. Self, III
TILMAN E. SELF, III, JUDGE
UNITED STATES DISTRICT COURT